Pearson, C. J.
 

 The power given to justices of the peace to make inquisition of forcible entry and detainer is summary, and it was intended that justice should be done in an expeditious manner. There is no appeal given by the statute.
 
 State
 
 v.
 
 Nations,
 
 1 Ire., 325. Indeed, if defendants were at liberty to appeal, the purpose of the statute to give a summary remedy would in all cases be evaded. So there is no' error in the order dismissing the appeal and awarding a
 
 procedendo.
 

 The other ground ofs complaint set out in the record that his Honor refused to suspend action on the motion to dismiss
 
 *168
 
 the appeal and allow the defendants to file a petition and affidavit for writs of
 
 certiorari, mandamus
 
 and
 
 supersedeas,
 
 is not tenable. The petition and affidavit could have been presented to his Honor at chancery as well after the appeal was dismissed as before, and it was a matter of discretion at what time his Honor would be pleased to hear the application.
 

 There is no error.
 

 Per Curiam. Judgment affirmed.